## COOK v. KILGO.

SIMMONS, C. J. 1. An exception to the overruling of a motion to rule out "all evidence that went behind the settlement," without setting forth either literally or in substance the evidence referred to, will not be considered. *Petty* v. *Brunswick & W. Ry. Co.*, 109 *Ga.* 666, and cases cited.

2. There being no specific assignment of error upon the charge excepted to,

this court will not consider it further than to determine whether it states a correct principle of law. *Anderson* v. *Southern Ry. Co.*, 107 *Ga.* 500. This charge as an abstract proposition was good law.

*Judgment affirmed. All the Justices concurring.*

Submitted March 14, — Decided April 7, 1900.

Complaint. Before Judge Estes. Habersham superior court. March term, 1899.

*J. C. Edwards* and *J. W. Owen*, for plaintiff in error.
*J. B. Jones*, contra.

*Judgment affirmed. All the Justices concurring.*